UNITED STATES *v.* BYRNE (No. 623).[1]

IMPORTER'S RIGHT TO PROTEST A RATE AS TOO LOW.

The issue is identical with that in the case immediately preceding, and this case was decided concurrently with that.

United States Court of Customs Appeals, February 12, 1912.

APPEAL from Board of United States General Appraisers, G. A. 7189 (T. D. 31403).

[Affirmed.]

*D. Frank Lloyd*, Assistant Attorney General (*Wm. A. Robertson* on the brief), for the United States.

*Brown & Gerry* for appellee.

Before MONTGOMERY, SMITH, BARBER, DE VRIES, and MARTIN, Judges.

MARTIN, Judge, delivered the opinion of the court:

This is an appeal from a decision of the Board of General Appraisers, involving the right of an importer to appeal upon a protest claiming a higher rate of duty than that actually assessed by the collector.

The issue is identical with that presented by the case of United States *v.* Schwartz & Co., decided concurrently herewith. The decision of the board is *affirmed*, for the reasons set out in that decision.

MONTGOMERY, Presiding Judge, SMITH and DE VRIES, Judges, concurring; BARBER, Judge, dissenting.